

| | |
|---|---|
| **Word Mark** | EAGLE COIN |
| **Translations** | The foreign characters in the mark transliterate to "YING JIN QIAN" and this means "**eagle coin**" in English. |
| **Goods and Services** | IC 029. US 046. G & S: canned foods, namely, canned meat, canned fish, canned poultry, canned game, canned fruits and canned vegetables; meat extracts; jellies, jams, eggs, edible oils and fats, salad dressings and fruit preserves. FIRST USE: 19881230. FIRST USE IN COMMERCE: 19920112 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.02 - Star - a single star with four points<br>03.15.01 - Eagles<br>03.15.19 - Birds or bats in flight or with outspread wings<br>26.01.17 - Circles, two concentric; Concentric circles, two; Two concentric circles<br>26.01.21 - Circles that are totally or partially shaded.<br>28.01.03 - Asian characters; Chinese characters; Japanese characters |
| **Serial Number** | 74141036 |
| **Filing Date** | February 21, 1991 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 2, 1992 |
| **Registration Number** | 2006428 |
| **Registration Date** | October 8, 1996 |
| **Owner** | (REGISTRANT) GUANGDONG CANNERY GUANGZHOU CORPORATION CHINA Siheng Rd. Yuancun, Guangzhou, Guangdong CHINA<br><br>(LAST LISTED OWNER) GUANZHOU LIGHT INDUSTRY & TRADE GROUP LTD. COMPANY CHINA NO. 147, YANJIANG XI ROAD GUANGZHOU CHINA |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | OTTO O. LEE |
| **Description of Mark** | The stippling shown in the drawing is a feature of the mark and does not indicate color. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20061026. |
| **Renewal** | 1ST RENEWAL 20061026 |
| **Live/Dead Indicator** | LIVE |



| | |
|---|---|
| **Word Mark** | EAGLE COIN |
| **Translations** | The foreign characters in the mark transliterate to "YING JIN QIAN" and this means "Eagle Coin" in English. |
| **Goods and Services** | IC 029. US 046. G & S: [ Processed fish; jellies for food; milk powder; edible oils; fruit pectin; ] canned fish, [ canned meat; canned vegetables; canned poultry; ] canned pork [ ; bacon; fruit chips; albumen for food purposes; processed nuts; pork stew; preserved meats; powdered eggs; beverages consisting primarily of milk; acidophilus milk; salted fish and fish soup ]. FIRST USE: 19881230. FIRST USE IN COMMERCE: 19920112 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.15.01 - Eagles<br>03.15.19 - Birds or bats in flight or with outspread wings<br>26.01.21 - Circles that are totally or partially shaded.<br>26.11.13 - Rectangles (exactly two rectangles); Two rectangles<br>26.11.21 - Rectangles that are completely or partially shaded<br>28.01.03 - Asian characters; Chinese characters; Japanese characters |
| **Serial Number** | 76485283 |
| **Filing Date** | January 27, 2003 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 27, 2004 |
| **Registration Number** | 2833914 |
| **Registration Date** | April 20, 2004 |
| **Owner** | (REGISTRANT) GUANGDONG CANNERY COMPANY CHINA Siheng Road, Yuancun, Guangzhou Guangdong CHINA<br><br>(LAST LISTED OWNER) GUANGZHOU LIGHT INDUSTRY & TRADE GROUP LTD COMPANY CHINA NO. 147, YANJIANG XI ROAD GUANGZHOU CHINA |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Andrew D. Price |
| **Prior Registrations** | 2006428 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The stippling shown in the drawing is a feature of the mark and does not indicate color. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140502. |
| **Renewal** | 1ST RENEWAL 20140502 |
| **Live/Dead** | LIVE |