# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Win Luck Import Export, Ltd.　　　　Plaintiff,

-v-

Sinosharp Import & Export Co.

Defendant.

Case No. 15-cv-5230

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Win Luck Import Export, Ltd.　　　(a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: July 6, 2015

Signature of Attorney

Attorney Bar Code:

Form Rule7_1.pdf  SDNY Web 10/2007